## 25276.   WARNOCK *v.* THE STATE.

MACINTYRE, J.  The evidence in this case supports the verdict of having, controlling, and possessing alcoholic liquors contrary to the laws of the State; and the court did not err in overruling the motion for a new trial, which contained only the general grounds.

*Judgment affirmed.   Broyles, C. J., and Guerry, J., concur.*

DECIDED DECEMBER 19, 1935.

*W. A. Dampier,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.

## 25253.   DIETZ *v.* BANK OF RINGGOLD.

GUERRY, J.  Under the evidence, the court did not err in directing a verdict for the plaintiff.  The defendant's plea that the notes sued on were without consideration was not sustained by the evidence.

*Judgment affirmed.   Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 20, 1935.

*W. E. Mann, W. G. Mann,* for plaintiff in error.
*T. G. Head,* contra.